EES INTERNATIONAL UNION, AFL–CIO, ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *H. J. Inc.* v. *Northwestern Bell Telephone Co., ante,* p. 229.

No. 88–5611. ALEXANDER v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *H. J. Inc.* v. *Northwestern Bell Telephone Co., ante,* p. 229. JUSTICE STEVENS would deny certiorari.

No. 88–5792. GRAHAM v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Penry* v. *Lynaugh, ante,* p. 302.

No. 88–7199. BOGGESS v. TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Penry* v. *Lynaugh, ante,* p. 302.

No. — – ——. ROBINSON v. PUCKETT. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–788. IN RE DISBARMENT OF CATES. Disbarment entered. [For earlier order herein, see 490 U. S. 1062.]

No. 65, Orig. TEXAS v. NEW MEXICO. Final Report of the Pecos River Master for Accounting Year 1989 received and ordered filed. [For earlier order herein, see, *e. g.,* 490 U. S. 1044.]

No. 88–192. MCKESSON CORP. v. DIVISION OF ALCOHOLIC BEVERAGES AND TOBACCO, DEPARTMENT OF BUSINESS REGULATION OF FLORIDA, ET AL. Sup. Ct. Fla. [Certiorari granted, 488 U. S. 954]; and
No. 88–325. AMERICAN TRUCKING ASSNS., INC., ET AL. v. SMITH, DIRECTOR, ARKANSAS HIGHWAY AND TRANSPORTATION DEPARTMENT, ET AL. Sup. Ct. Ark. [Certiorari granted, 488